UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN GOMEZ-GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents. | CASE NO. C06-1845-JLR-MAT<br><br>ORDER GRANTING TEMPORARY STAY OF REMOVAL |

Petitioner, proceeding through counsel, filed a "Petition for Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2241, and an Emergency Motion for Stay of Removal. (Dkt. #1). The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's habeas petition or Motion for Stay of Removal.

(2) The Clerk shall NOTE petitioner's Motion for Stay of Removal (Dkt. #1) on the Court's calendar for consideration on January 19, 2007.

(3) Respondents are directed to file and serve a response to petitioner's Motion for Stay of Removal not later than January 15, 2007. Petitioner may file and serve a reply brief in support of his motion not later than January 19, 2007.

//

//

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

(4)     The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Theiler.

DATED this 8th day of January, 2007.

JAMES L. ROBART
United States District Judge

Recommended for Entry
this 4th of January, 2007.

S/MARY ALICE THEILER
MARY ALICE THEILER
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2