UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN GOMEZ-GARCIA,

        Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

        Respondents.

CASE NO. C06-1845-JLR-MAT

ORDER GRANTING PETITIONER'S MOTION FOR STAY OF REMOVAL

On December 29, 2006, petitioner Juan Gomez-Garcia, proceeding through counsel, filed a "Petition for Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2241, and an Emergency Motion for Stay of Removal. (Dkt. #1). The Court ordered petitioner's removal temporarily stayed pending briefing and a resolution of petitioner's motion for stay. (Dkt. #4). Respondents have replied that they have no objection to such a stay, pending a decision on the merits of petitioner's habeas petition. (Dkt. #7).

Accordingly, the Court does hereby find and ORDER:

(1) Petitioner's request for a stay of removal is GRANTED, and petitioner's removal is STAYED pending the resolution of the habeas corpus action in this Court.

ORDER GRANTING PETITIONER'S
MOTION FOR STAY OF REMOVAL
PAGE – 1

(2) The Court expresses no views at this time as to the merits of petitioner's habeas petition.

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Theiler.

DATED this 18th day of January, 2007.

JAMES L. ROBART
United States District Judge

Recommended for Entry
this <u>18th</u> of January, 2007.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR STAY OF REMOVAL
PAGE – 2